## (January 30, 1959)

■ In the Matter of CRISTINA DE B. PATIÑO, Respondent, against ANTENOR PATIÑO, Judgment Debtor, and PEERLESS INSURANCE COMPANY, Appellant.— Motion granted and the stay contained in the order to show cause, dated November 25, 1958, continued, pending hearing and determination of the appeal, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 19, 1959, with notice of argument for March 3, 1959, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ CARMEL SICARD, Appellant, v. MOSES LEWIN et al., Defendants. JERROLDE L. MAY, Respondent.— Order of this court entered on the 16th day of December, 1958 is vacated, and the motion is granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on Jerrolde L. May, former attorney respondent, and files six typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before February 19, 1959, with notice of argument for March 3, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

## SECOND DEPARTMENT, JANUARY, 1959

## (January 5, 1959)

■ In the Matter of DOROTHEA A. SHEARN, as Executrix of Clarence J. Shearn, Deceased, Appellant, against SIDNEY H. REICH, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ In the Matter of WILLIAM TARTER et al., on Behalf of Themselves and All Other Owners of Real Property in Atlantic Beach, Nassau County, Similarly Situated, Respondents, against EDWARD P. LARKIN, as Presiding Supervisor of the Town of Hempstead, Nassau County, Appellant.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. (Civ. Prac. Act, § 1304.) Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ PAUL ABBATEPAOLO, Respondent, v. HATTIE BLUMBERG et al., Defendants. (Action No. 1.) PAUL ABBATEPAOLO et al., Respondents, v. BERNICE P. GRAMLICH et al., Defendants, and PETROLEUM HEAT AND POWER COMPANY, INC., et al., Appellants. (Action No. 2.) — Action No. 1 was instituted by Paul Abbatepaolo to recover damages for personal injuries sustained by him at about 11:30 A.M. on February 22, 1957 when he was struck, while riding a bicycle, by a motor vehicle owned and controlled by the defendants Blumberg. Action No. 2 was instituted by Paul Abbatepaolo and by his son, Louis, to recover damages for personal injuries against the owners, operators and those in control of an ambulance and an oil truck. The alleged injuries were sustained at about 12:10 P.M. on February 22, 1957 when the ambulance which was taking Paul to the hospital, following the accident involved in Action No. 1, and in which Louis was also riding, was in collision with the oil truck. The owner of the ambulance and the lessee of the oil truck appeal from an order granting respond-